

**U.S. Department of Justice**

*United States Attorney*
*District of New Jersey*

_____

*970 Broad Street, 7th floor*                                    *973-645-2700*
*Newark, New Jersey 07102*

April 6, 2026

**VIA EMAIL: criminalinfo@njd.uscourts.gov**

Melissa E. Rhoads, Clerk
United States District Court
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets Room 1050
Camden, NJ 08101

Attention:    Antigone Owens-Krefski, Deputy Clerk

                 Re:    *United States v. Michael Patrick Takacs, Jr.*

Dear Ms. Owens-Krefski:

          Enclosed for assignment is an Information charging defendant Michael Patrick
Takacs, Jr. with transportation of an explosive to intimidate and damage vehicle, in
violation of 18 U.S.C. § 844(d).  The Information and cover sheet are enclosed.

                          Very truly yours,

                          ROBERT FRAZER
                          United States Attorney

                          By:  Casey S. Smith
                              Vincent D. Romano
                              Assistant U.S. Attorneys